IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TUNDRA HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:23-cv-02073 |
| | ) | |
| R&R GENERAL CONTRACTORS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT R&R GENERAL CONTRACTORS, INC.'S
RULE 12(b)(6) MOTION FOR DISMISSAL**

NOW COMES the Defendant, R&R GENERAL CONTRACTORS, INC., by and through its attorneys, KILEY KLEIN, LTD., and for its Rule 12(b)(6) Motion for Dismissal states as follows:

For the reasons set forth in the accompanying Memorandum, the Defendant, R&R GENERAL CONTRACTORS, INC., prays the Court dismiss the Plaintiff's action based upon Plaintiff's failure to state a claim upon which relief can be granted.

Respectfully submitted,

By KILEY KLEIN, LTD.

By: */s/ Jack Kiley*

Jack Kiley, ARDC#6291696
KILEY KLEIN, LTD.
132 S. Water, Suite 610
Decatur, IL  62523
Tel: 217-428-0948
Fax: 217-428-0996
Email: jack@kileyklein.com
karen@kileyklein.com

*Attorneys for Defendant, R&R General Contractors, Inc.*

1

**PROOF OF SERVICE**

   I hereby certify that on this <u>17th</u> day of <u>April</u>, 2023, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan C. Volheim, Esq.
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

          */s/ Jack Kiley*

          Jack Kiley, ARDC#6291696
          KILEY KLEIN, LTD.
          132 S. Water, Suite 610
          Decatur, IL  62523
          Tel: 217-428-0948
          Fax: 217-428-0996
          Email: jack@kileyklein.com
             karen@kileyklein.com

          *Attorneys for Defendant, R&R General Contractors, Inc.*