IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TUNDRE HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:23-cv-02073 |
| ) | |
| R&R GENERAL CONTRACTORS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT R&R GENERAL CONTRACTORS, INC.'S
SECOND MOTION TO EXTEND DEADLINES**

NOW COMES the Defendant, R&R GENERAL CONTRACTORS, INC., by and through its attorneys, KILEY KLEIN, LTD., and for its Second Motion to Extend Deadlines states as follows:

1. On May 10, 2023, the parties submitted an Initial Status Report that provided for a November 10, 2023, fact discovery completion date. [Doc 14].

2. The Plaintiff's alleged physical disability and alleged request for FMLA leave are central and disputed issues in this case making his medical records key evidence in the case. For that reason, on August 17, 2023, Defendant's counsel sent a HIPAA authorization to Plaintiff's counsel for Plaintiff's execution so that Plaintiff's medical records, not available or produced in written discovery, could be secured. On September 5, 2023, Defendant's counsel sent the executed HIPAA authorization to HSHS St. Mary's in Decatur seeking Plaintiff's records.

3. Around this same time, HSHS was victim of a much publicized cyberattack that caused system outages which caused extensive delays in HSHS's ability to respond to medical records requests.

4. On September 21, Defense Counsel's staff contacted HSHS and it was estimated that records would not be produced for another three weeks. Defendant previously filed a Motion

1

to Extend Deadlines [Doc. 23] as records had not been recieved.  This Motion was granted in a Text Order on October 23, 2023. Since that time defense counsel's staff has been in frequent contact with HSHS regarding the Plaintiff's records.  All payments have been made to HSHS to obtain these records. Still, the records have not yet been provided.

5.     Depositions that will involve Plaintiff's health issues are set for December 13 and 19.  Defendant has also requested dates to depose Plaintiff and has not received any proposed dates in response.  However, Defendant would submit that even Plaintiff's deposition should not be taken until medical records are received.

6.     This matter is set for telephone status conference on December 18, 2023. Defendant suggests that new deadlines be set at that time.

WHEREFORE, the Defendant, R&R GENERAL CONTRACTORS, INC., prays the Court grant Defendant's Second Motion to Extend Deadlines and for other relief the Court deems just and proper.

Respectfully submitted,

By KILEY KLEIN, LTD.

By: */s/ Jack Kiley*
Jack Kiley, ARDC#6291696
KILEY KLEIN, LTD.
132 S. Water, Suite 610
Decatur, IL  62523
Tel: 217-428-0948 | Fax: 217-428-0996
Email: jack@kileyklein.com
karen@kileyklein.com

*Attorneys for Defendant, R&R General Contractors, Inc.*

**PROOF OF SERVICE**

      I hereby certify that on this 11th day of December, 2023, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan C. Volheim, Esq.
nvolheim@sulaimanlaw.com
Franklin Jara, Esq.
fjara@sulaimanlaw.com
Travis Lampert
tlampert@sulaimanlaw.com

*Counsel for Plaintiff*

                */s/ Jack Kiley*

                Jack Kiley, ARDC#6291696
                KILEY KLEIN, LTD.
                132 S. Water, Suite 610
                Decatur, IL  62523
                Tel: 217-428-0948
                Fax: 217-428-0996
                Email: jack@kileyklein.com
                          karen@kileyklein.com

*Attorneys for Defendant, R&R General Contractors, Inc.*